IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01883-PSF-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

     Plaintiff,

v.

BELLCO CREDIT UNION,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 17, 2007.**

     Defendant's Stipulated Protective Order [Filed April 13, 2007; Docket #22] is **denied** without prejudice for failure to comply with D.C.Colo.L.Civ.R. 7.1.F. Pursuant to Local Rules, Defendant should submit an unopposed or stipulated motion and attach to that motion a proposed protective order. Defendant has filed only the proposed order.