IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01883-PSF-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

BELLCO CREDIT UNION,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2007.**

    Based upon the parties' agreement, and the entire record herein, the Stipulated Motion for Protective Order [Filed April 20, 2007; Docket #25] is **granted**. The Court will sign the Protective Order and enter it on the record.