IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

April 8, 2008

Therese Lindblom, Court Reporter
LaDonne Bush, Deputy Clerk

Civil Action No. 06-cv-01883-ZLW-MEH

EQUAL EMPLOYMENT,
OPPORTUNITY COMMISSION,

Nancy A. Weeks

    Plaintiff,

v.

BELLCO CREDIT UNION,

John M. Husband
Mark Wiletsky

    Defendant.

_____

## COURTROOM MINUTES
_____

**Hearing - Defendant's Motion For Summary Judgment**

2:15 p.m.    Court in session.

Argument by Mr. Wiletsky and Ms. Weeks.

Court's ruling.

**ORDERED**: Defendant's Motion For Summary Judgment (Doc. 50) is denied.

Court's comments regarding a resolution of this case.

3:03 p.m.    Court in recess.

Time: 00:48
Hearing concluded.