IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01883-ZLW-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

BELLCO CREDIT UNION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 13, 2008.**

    Defendant's Unopposed Motion for Filing Amended Trial Exhibit List [Filed May 12, 2008; Docket #92] is **granted**. The Amended Trial Exhibit List is accepted.