# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 06-cv-01883-CMA-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

BELLCO CREDIT UNION,

    Defendant.

---

## ORDER SETTING CASE FOR TRIAL

---

The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **April 13, 2009, at 1:30 p.m.**

A Final Trial Preparation Conference is set for **April 3, 2009, at 1:30 p.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, unless a written motion for alternative**

**appearance is filed with the Court .**

DATED: November 10, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge