IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 06-cv-01883-CMA-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

BELLCO CREDIT UNION,

    Defendant.

## ORDER TO RESCHEDULE TRIAL DATES

This matter is before the Court *sua sponte*. A criminal trial has arisen on the Court's docket which takes precedence over the trial currently scheduled in this civil matter. Lead counsel for both parties are DIRECTED to call Chambers (303-335-2174) via conference call no later than noon, March 16, 2009 with their calendars in order to reset this case for trial.

    DATED: March   11  , 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge