IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-01883-CMA-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

BELLCO CREDIT UNION,

Defendant.

## ORDER RESETTING TRIAL DATES

The above-captioned matter has been reset for a **five-day jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **November 16, 2009, at 1:30 p.m.**

A Final Trial Preparation Conference is set for **October 30, 2009, at 1:30 p.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is filed with the Court .**

IT IS FURTHER ORDERED that the trial subpoenas already issued in this matter will continue through the end of the new trial setting.

DATED: March __18__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge