# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 06-cv-01883-CMA-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

BELLCO CREDIT UNION,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the parties Joint Motion To Dismiss (Doc. # 138) signed by the attorneys for the parties hereto, it is

ORDERED that the above-referenced cause of action is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.  As set forth in the motion, the Court will continue jurisdiction over this matter to enforce the terms of the Settlement Agreement attached to the motion.

DATED:  November __12__, 2009

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge